**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY EASLEY, | NO. 5:10-cv-05520-EJD |
| Plaintiff(s), v. | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| COUNTY OF SAN BENITO, ET AL., | |
| Defendant(s). | |

This case is was transferred to this Court on April 25, 2011 (See Docket Item No. 24). Pursuant to the April 25 Reassignment Order of this Court, the parties duly submitted a Case Management Statement (See Docket Item No. 25). Based on the parties' submission, the Court finds a Case Management Conference would be beneficial. The Court sets a Case Management Conference on **October 14, 2011 at 10:00 AM.** On or before **October 7, 2011** the parties shall file an updated joint case management conference to update the Court on how the case should proceed.

**IT IS SO ORDERED.**

Dated: August 17, 2011

EDWARD J. DAVILA
United States District Judge

1
NO. C 10-05520 EJD
ORDER SETTING CASE MANAGEMENT CONFERENCE

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gary D. Easley
18525 Old Monterey Rd.
Morgan Hill, CA 95037

| **Dated: August 17, 2011** | **Richard W. Wieking, Clerk** |
|---|---|
| | By: __/s/ EJD Chambers__<br>     **Elizabeth Garcia**<br>     **Courtroom Deputy** |

2

NO. C 10-05520 EJD
ORDER SETTING CASE MANAGEMENT CONFERENCE