IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY EASLEY,<br><br>            Plaintiff(s),<br>v.<br><br>COUNTY OF SAN BENITO, et. al.,<br><br>            Defendant(s).<br>_____/ | CASE NO. 5:10-cv-05520 EJD<br><br>**ORDER:**<br><br>**1. DESIGNATING SERVICE OF PROCESS ON SUBSEQUENTLY-NAMED DEFENDANTS;**<br><br>**2. VACATING AND RESCHEDULING CASE MANAGEMENT CONFERENCE.** |

As Plaintiff filed an Amended Complaint on February 8, 2011 (see Docket Item No. 17), naming additional defendants, and in light of Plaintiff having been granted the ability to proceed in forma pauperis (see Docket Item No. 4), the court orders as follows:

1. **No later than October 31, 2011,** Plaintiff shall prepare and provide to the Clerk's Office a Summons (Form AO-440) for each new defendant named in the Amended Complaint, which includes all of the information required by that form, including the address for service for each defendant. A copy of Form AO-440 is attached to this Order.

2. Once the Summons forms are provided to the Clerk's Office by Plaintiff, the U.S. Marshal for the Northern District of California shall serve a copy of the Amended Complaint and Summons on the defendants.

1

3. Plaintiff is advised that failure to comply as directed herein may result in an Order striking the Amended Complaint.

4. Considering service has not yet been accomplished on all defendants, the court finds a Case Management Conference ("CMC") would be premature as this time. Accordingly, the CMC scheduled for October 14, 2011, is VACATED and rescheduled for December 9, 2011, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated:  October 11, 2011



EDWARD J. DAVILA
United States District Judge

2

CASE NO. 5:10-cv-05520 EJD
ORDER DESIGNATING SERVICE OF PROCESS ON SUBSEQUENTLY-NAMED DEFENDANTS; VACATING AND RESCHEDULING CASE MANAGEMENT CONFERENCE

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

_____ )
                            )
          *Plaintiff*        )
            v.              )   Civil Action No.
                            )
                            )
_____ )
          *Defendant*        )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____        _____
                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____            _____
                                    *Server's signature*

                                _____
                                    *Printed name and title*


                                _____
                                    *Server's address*

Additional information regarding attempted service, etc: