1  MICHAEL C. SERVERIAN (SBN 133203)
   **RANKIN, LANDSNESS, LAHDE,**
2  **SERVERIAN & STOCK**
   96 No. Third Street, Suite 500
3  San Jose, California 95112
   Telephone : (408) 293-0463
4  Facsimile : (408) 293-9514
   Email: mserverian@rllss.com
5

6  Attorneys for Defendants
   COUNTY OF SAN BENITO, DEPUTY RAMON
7  MENDOZA, DEPUTY WILLIAM JUREVICH,
   SHERIFF CURTIS J. HILL, DARREN
8  THOMPSON, MARGIE BARRIOS, JAIME DE
   LA CRUZ
9

10 Gary Easley
   18525 Old Monterey Rd.
11 Morgan Hill, CA 95037
   Telephone: (408) 722-6298
12 garyeasley@yahoo.com

13 Plaintiff In Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY D. EASLEY, | Case No. CV10-05520 EJD |
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| vs. | |
| COUNTY OF SAN BENITO, SAN BENITO SHERIFF DEPT., DIRECTOR OF SAN BENITO SHERIFF DEPARTMENT, RAMON MENDOZA, DEPUTY JUREVICH, CURTIS J. HILL, BOARD OF SUPERVISOR'S, DARREN THOMPSON, MARGIE BARIOS, JAIME DE LA CRUZ , (DOE), | |
| Defendants. | |

The parties hereby stipulate that plaintiff will agree to dismiss his lawsuit with

prejudice as to Defendants SHERIFF DARREN THOMPSON, SUPERVISOR MARGIE

1
**STIPULATION FOR DISMISSAL**

BARRIOS and SUPERVISOR JAIME DE LA CRUZ.  Each side to bear their own attorneys fees and costs.

The parties further agree that once the court dismisses the above named Defendants motion to dismiss set for hearing on March 9, 2012 may be taken off calendar.

Dated: February 15, 2012

By: /s/ Gary Easley
GARY EASLEY
Plaintiff In Pro Se

Dated: February 15, 2012                        RANKIN, LANDSNESS, LAHDE,
SERVERIAN & STOCK

By: /s/Michael C. Serverian
MICHAEL C. SERVERIAN
Attorney for Defendants

ORDER

The stipulation for dismissal is GRANTED.
The Clerk shall terminated Docket Item No. 44.
The Clerk shall close this file.

Dated: February 28, 2012

_____
United States District Judge