1   MICHAEL C. SERVERIAN (SBN 133203)
    **RANKIN, LANDSNESS,  LAHDE,**
2   **   SERVERIAN & STOCK**
    96 No. Third Street, Suite 500
3   San Jose, California  95112
    Telephone : (408) 293-0463
4   Facsimile : (408) 293-9514
    Email: mserverian@rllss.com
5

6   Attorneys for Defendants
    COUNTY OF SAN BENITO, DEPUTY RAMON
7   MENDOZA, DEPUTY WILLIAM JUREVICH,
    SHERIFF CURTIS J. HILL, DARREN
8   THOMPSON, MARGIE BARRIOS, JAIME DE
    LA CRUZ
9

10  Gary Easley
    18525 Old Monterey Rd.
11  Morgan Hill, CA  95037
    Telephone: (408) 722-6298
12  garyeasley@yahoo.com

13  Plaintiff In Pro Per

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16

17  GARY D. EASLEY,                )    Case No. CV10-05520 EJD
                                   )    CORRECTED ORDER GRANTING
18           Plaintiff,            )    **STIPULATION FOR DISMISSAL**
                                   )
19  vs.                            )
                                   )
20  COUNTY OF SAN BENITO, SAN      )
    BENITO SHERIFF DEPT.,          )
21  DIRECTOR OF SAN BENITO         )
    SHERIFF DEPARTMENT, RAMON      )
22  MENDOZA, DEPUTY JUREVICH,      )
    CURTIS J. HILL, BOARD OF       )
23  SUPERVISOR'S, DARREN           )
    THOMPSON, MARGIE BARIOS,       )
24  JAIME DE LA CRUZ , (DOE),      )
                                   )
25           Defendants.           )
    _____ )
26

27      The parties hereby stipulate that plaintiff will agree to dismiss his lawsuit with

28  prejudice as to Defendants SHERIFF DARREN THOMPSON, SUPERVISOR MARGIE

                                      1

1  BARRIOS and SUPERVISOR JAIME DE LA CRUZ.  Each side to bear their own

2  attorneys fees and costs.

3      The parties further agree that once the court dismisses the above named Defendants

4  motion to dismiss set for hearing on March 9, 2012 may be taken off calendar.

5  Dated: February 15, 2012

6                                          By: /s/ Gary Easley
                                               GARY EASLEY
7                                              Plaintiff In Pro Se

8

9  Dated: February 15, 2012                   RANKIN, LANDSNESS, LAHDE,
                                                SERVERIAN & STOCK
10
                                            By: /s/Michael C. Serverian
11                                             MICHAEL C. SERVERIAN
                                               Attorney for Defendants
12

13                                  ORDER

14  The stipulation for dismissal is GRANTED.

15  The Clerk shall terminated Docket Item No. 44.

16   Dated: February 28, 2012

17                                          United States District Judge

18

19

20

21

22

23

24

25

26

27

28