IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY D. EASLEY,<br><br>        Plaintiff(s),<br>v.<br><br>COUNTY OF SAN BENITO, et. al.,<br><br>        Defendant(s). | CASE NO. 5:10-cv-05520 EJD<br><br>**ORDER VACATING REFERRAL TO EARLY NEUTRAL EVALUATION; REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |

Upon further review of the docket and good cause appearing therefor, the prior order referring this case to Early Neutral Evaluation (Docket Item No. 21) is VACATED.

Pursuant to ADR Local Rule 7-2, this case is instead referred to Magistrate Judge Paul S. Grewal for a settlement conference to occur no earlier than September 10, 2012, and no later than October 31, 2012. The parties are instructed to contact Judge Grewal's Courtroom Deputy to arrange a date for the conference.

**IT IS SO ORDERED.**

Dated: June 12, 2012

                                       EDWARD J. DAVILA
                                       United States District Judge