UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GARY D. EASLEY,

Plaintiff(s),

v.

COUNTY OF SAN BENITO, et. al.,

Defendant(s).
_______________________________________/

Case No. 5:10-cv-05520 EJD

**PRETRIAL ORDER (JURY TRIAL)**

On July 13, 2012, the parties appeared before Judge Edward J. Davila for a Preliminary Pretrial Conference. Based on the parties' Joint Preliminary Pretrial Conference Statement (see Docket Item No. 57) and the discussions held at the conference

IT IS HEREBY ORDERED that the deadlines contained in the scheduling order issued December 6, 2011 (see Docket Item No. 43), shall remain as ordered;

IT IS FURTHER ORDERED that the following additional schedule shall apply to this case:

| **EVENT** | **DATE** |
|---|---|
| Final Pretrial Conference | 11:00 a.m. on 3/1/2013 |
| Joint Final Pretrial Conference Statement, Motions *in Limine* and Exchange of Exhibits | 2/15/2013 |

| | |
|---|---|
| Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms | 2/19/2013 |
| Jury Selection | 9:00 a.m. on 3/11/13 |
| Jury Trial[1] | 3/12-3/13/13 (full days); 3/14/13 (½ day); 3/18/13 (½ day); 3/19/13 (full day) |
| Jury Deliberations | 3/20-3/22/13 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re: Preliminary and Final Pretrial Conference and Trial Preparation, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

IT IS FURTHER ORDERED that pursuant to ADR Local Rule 7-2 and as previously ordered (see Docket Item No. 56), the parties are referred to Magistrate Judge Paul S. Grewal for a settlement conference to occur no earlier than September 10, 2012, and no later than October 31, 2012. The parties are instructed to contact Judge Grewal's chambers directly arrange a date for the conference.

The court advises the parties that this is the **final case schedule.** Both Plaintiff and Defendants are expected to comply as directed above. This schedule will not be amended further absent the presentation of good cause necessitating such an amendment.

**IT IS SO ORDERED.**

Dated: July 16, 2012



EDWARD J. DAVILA
United States District Judge

---

[1] Jury trials are held in full day sessions on Tuesdays and Wednesdays, and morning sessions on Thursdays (9:00 a.m.–12:00 p.m.), unless the Court otherwise specifies. At the Final Pretrial Conference, the Court reserves the right to add morning sessions on Mondays (9:00 a.m.–12:00 p.m.), thus creating extra half-days for trial. The final trial schedule will be confirmed at the Final Pretrial Conference.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order Re Pretrial Preparation."