1  MICHAEL C. SERVERIAN (SBN 133203)
   **RANKIN, LANDSNESS, LAHDE,**
2    **SERVERIAN & STOCK**
   96 No. Third Street, Suite 500
3  San Jose, California  95112
   Telephone : (408) 293-0463
4  Facsimile : (408) 293-9514
   Email: mserverian@rllss.com
5

6  Attorneys for Defendants
   COUNTY OF SAN BENITO, DEPUTY RAMON
7  MENDOZA, DEPUTY WILLIAM JUREVICH,
   SHERIFF CURTIS J. HILL, DARREN
8  THOMPSON, MARGIE BARRIOS, JAIME DE
   LA CRUZ
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13  GARY D. EASLEY,                )  Case No. CV10-05520 EJD
                                   )
14         Plaintiff,              )  [Proposed] ORDER GRANTING REQUEST
                                   )  OF DEFENDANT CURTIS J. HILL TO BE
15  vs.                            )  EXCUSED FROM PERSONAL
                                   )  ATTENDANCE AT THE EARLY
16  COUNTY OF SAN BENITO, SAN      )  SETTLEMENT CONFERENCE IN THIS
    BENITO SHERIFF DEPT.,          )  MATTER
17  DIRECTOR OF SAN BENITO         )
    SHERIFF DEPARTMENT, RAMON      )
18  MENDOZA, DEPUTY JUREVICH,      )
    CURTIS J. HILL, BOARD OF       )
19  SUPERVISOR'S, DARREN           )
    THOMPSON, MARGIE BARIOS,       )
20  JAIME DE LA CRUZ , (DOE),      )
                                   )
21         Defendants.             )

22  _____

23         TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

24         PLEASE TAKE NOTICE THAT based upon the grounds set forth in the letter of

25  August 20, 2012 from defense counsel, and for good cause appearing,

26  ///

27  ///

28  ///

1

[Proposed] ORDER GRANTING REQUEST OF DEFENDANT CURTIS J. HILL TO BE EXCUSED FROM
PERSONAL ATTENDANCE AT THE EARLY SETTLEMENT CONFERENCE IN THIS MATTER

1      IT IS HEREBY ORDERED THAT Defendant CURTIS J. HILL may be excused from
2  appearing in person at the Early Settlement Conference hearing set for October 15, 2012
3  at 10:00 a.m.
4
5  DATED: August 22, 2012

                                          MAGISTRATE JUDGE PAUL GREWAL

[Proposed] ORDERED GRANTING REQUEST OF DEFENDANT CURTIS J. HILL TO BE EXCUSED FROM PERSONAL ATTENDANCE AT THE EARLY SETTLEMENT CONFERENCE IN THIS MATTER