IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY EASLEY,<br><br>    Plaintiff(s),<br>  v.<br><br>COUNTY OF SAN BENITO, et. al.,<br><br>    Defendant(s). | CASE NO. 5:10-cv-05520 EJD<br><br>**ORDER TO SHOW CAUSE** |

On July 16, 2012, this court issued a Pretrial Order scheduling this action for a jury trial. See Docket Item No. 60. Jury selection is scheduled to commence on March 11, 2013. Id. The Pretrial Order also required the parties, *inter alia*, to submit to the court (1) a Final Pretrial Conference Statement by February 15, 2013, (2) motions in limine by February 15, 2013, and (3) proposed voir dire questions, jury instructions and verdict forms by February 19, 2013. Id. Defendants have submitted their documents. See Docket Item Nos. 70, 72, 75-77. To date, however, Plaintiff has not complied with the Pretrial Order by submitting the required documents. The court is unable to commence a jury trial without Plaintiff's participation in the pre-trial process.

Accordingly, Plaintiff is ordered to appear before the Honorable Edward J. Davila on **March 1, 2013, at 11:00 a.m.** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff is advised that failure to appear at the show cause hearing or failure to show good cause in response to this order may result in the dismissal of this action with prejudice.

**IT IS SO ORDERED.**

Dated: February 22, 2013

_____
EDWARD J. DAVILA
United States District Judge