IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY EASLEY, | CASE NO. 5:10-cv-05520 EJD |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| COUNTY OF SAN BENITO, et. al., | |
| Defendant(s). | |

On March 1, 2013, this court issued an Amended Pretrial Order scheduling the jury trial in this action. See Docket Item No. 81. Jury selection is scheduled to commence on June 25, 2013. Id. The Pretrial Order also required the parties, *inter alia*, to submit to the court (1) a Final Pretrial Conference Statement by May 10, 2013, (2) motions in limine by May 10, 2013, and (3) proposed voir dire questions, jury instructions and verdict forms by May 14, 2013. Id. Defendants have submitted their documents. See Docket Item Nos. 82-92. To date, Plaintiff has not complied with the Amended Pretrial Order by submitting the required documents.

This is Plaintiff's second violation of the court's pretrial orders. See Docket Item No. 79. Plaintiff was previously informed, both in writing and at the hearing on March 1, 2013, that a jury trial cannot commence without Plaintiff's participation in the pre-trial process. Id.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiff does not, **by May 28, 2013**, demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice

1

CASE NO. 5:10-cv-05520 EJD
ORDER TO SHOW CAUSE

pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

In light of this Order to Show Cause, the Final Pretrial Conference scheduled for May 24, 2013, is CONTINUED to **June 7, 2013, at 11:00 a.m.**

**IT IS SO ORDERED.**

Dated: May 17, 2013

EDWARD J. DAVILA
United States District Judge